UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFERY DUSHAWN HILL,

    Plaintiff,

v.                                    Case No. 5:21-cv-222-TKW/MJF

CHRISTIAN SULLIVAN and HENRY
MARK SIMS,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This *pro se* prisoner case is before the court on referral from the clerk of the court.[1] On November 30, 2021, the undersigned directed Plaintiff to pay the filing fee or move for leave to proceed *in forma pauperis*. Doc. 3 at 1 (citing N.D. Fla. Loc. R. 5.3). The undersigned provided Plaintiff until December 30, 2021, to comply. *Id.* at 2. Plaintiff was warned that the failure to comply with the order likely would result in dismissal of this case. *Id.* Plaintiff failed to comply with that order and the show-cause order issued on January 13, 2022. Doc. 4.

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court and for failure to pay the filing fee.[2]

2. The clerk of the court be directed to close this case file.

**SO ORDERED** this 17th day of February, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *see* N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"). Additionally, a district court may dismiss a prisoner's complaint for failure to pay the filing fee so long as the district court first affords the plaintiff an opportunity to explain the failure. *See Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002).